UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LEE CRAWFORD, <br><br> Petitioner, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. 2:25-cv-00776-DGE-SKV <br><br> ORDER TO TRANSFER |

Petitioner, Robert Crawford, is a federal prisoner who is unrepresented by counsel in this 28 U.S.C. § 2241 federal habeas action. (Dkt. No. 1 at 1.) The petition challenges Crawford's guilty-plea conviction in Case No. No. 2:19- cr-00001-DLC-1 in the United States District Court for the District of Montana. Plaintiff was convicted under §922(g)(1), possession of a Firearm by a Prohibited Person, and sentenced before the Hon. Dana L. Christensen on November 8, 2019. (*Id*. at 1.) Crawford initially filed the instant action in the Court of Appeals for the Ninth Circuit. (*Id*. at 2.) The Ninth Circuit panel transferred the action to this Court. (Dkt. No. 1-2.)

ORDER TO TRANSFER - 1

Petitioner has confirmed that "[t]his Petitioner and case originated from the State of Montana" and he remains incarcerated in Montana. (Dkt. No. 5 at 1–2.)

"[P]etitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). The custodial court is the district court in the district where the prisoner is incarcerated. *See Trump v. J. G. G.*, 145 S. Ct. 1003, 1005–06 (2025) (cleaned up) ("For core habeas petitions, jurisdiction lies in only one district: the district of confinement.").

Accordingly, the action is hereby TRANSFERRED to the United States District Court for the District of Montana. The Petition (Dkt. No. 1) is DENIED without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 23rd day of June, 2025.

David G. Estudillo
United States District Judge

ORDER TO TRANSFER - 2